UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Samuel Metcalf            Crim No. 07-953 (KSH)

PETITION FOR WRIT OF HABEAS CORPUS:

Your petitioner shows that:

1. SAMUEL METCALF is now confined in Essex County Jail, at Newark, New Jersey.

2. SAMUEL METCALF will be required at the United States Court House in Newark, New Jersey, before the Honorable Katharine S. Hayden, United States District Judge, on May 12, 2008, at 11:00 a.m. for a sentencing hearing, in which he is a defendant and a writ of habeas corpus should issue for that purpose.

Dated:   April 3, 2008                             /s/ David E. Malagold
         Newark, New Jersey            DAVID E. MALAGOLD
                                       ASSISTANT U.S. ATTORNEY

---

**ORDER FOR THE WRIT:**            Let the writ issue.

Dated:   April 7, 2008
         Newark, New Jersey            HON. KATHARINE S. HAYDEN
                                       UNITED STATES DISTRICT JUDGE

---

## WRIT OF HABEAS CORPUS:

THE UNITED STATES OF AMERICA TO THE SHERIFF, ESSEX COUNTY:

WE COMMAND YOU that you have the body of Saumuel Metcalf (by whatever name called or charged) (NJ SBI No. NJ332132B; FBI # 898642EA9; DOB 9/20/67) now confined in Essex County Jail, at Newark, New Jersey, before the Hon. Katharine S. Hayden, U.S. District Judge, in the United States Court House, Newark, New Jersey on May 12, 2008 at 11:30 a.m. for a sentencing hearing in this matter.

WITNESS the Honorable Katharine S. Hayden
United States Magistrate Judge at Newark, New Jersey

Dated:   April 7, 2008                 WILLIAM T. WALSH
         Newark, New Jersey            Clerk of the United States District Court
                                       for the District of New Jersey
                                  Per:
                                       Deputy Clerk